IN THE SUPREME COURT OF TEXAS

 No. 10-0934

 IN RE SHEILA KENNEDY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed November
15, 2010, is granted. The court of appeals opinion and judgment dated July
16, 2010, in Cause No. 14-10-00229-CV, styled In re Liberty Insurance
Corporation and Michelle Yaklin, in the Fourteenth Court of Appeals are
stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 3, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk